NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____
No. 09-2415
_____

UNITED STATES OF AMERICA
v.
PHI XIN,
                        Appellant
_____

Submitted under Third Circuit LAR 34.1(a)
October 27, 2011

Before: SLOVITER, GREENAWAY, JR. and ALDISERT, Circuit Judges.
(Filed: October 28, 2011)
_____

ORDER AMENDING OPINION
_____

It appears that the lower court information on the caption of the opinion filed October 28, 2011 did not correctly identify the district court judge in the proceedings.  It is noted that the Honorable Gene E. K. Pratter presided over the proceeding below.  Accordingly, it is hereby ordered that the caption of the opinion is amended as follows:

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-06-cr-00585-006)
District Judge: Hon. Gene E. K. Pratter


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  November 2, 2011
CJG/cc: Robert J. Livermore, Esq.
            Nino V. Tinari, Esq.